IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-007-RLV-DCK

| | |
|---|---|
| **JAMIE BYRD and JUSTIN BYRD,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TOOLING ACQUISITION CO. AND NAP** ) | |
| **TOOLS, LLC d/b/a NAP GLADU,** ) | |
| ) | |
| And ) | |
| ) | |
| **DEARBORN NATIONAL LIFE INSURANCE** ) | |
| **COMPANY, (formerly known as Fort** ) | |
| **Dearborn Life Insurance Company),** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Employers Mutual Casualty Company's "Motion To Intervene" (Document No. 6) filed March 2, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiffs' counsel has consented to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Employers Mutual Casualty Company's "Motion To Intervene" (Document No. 6) is **GRANTED**.

**SO ORDERED**.

Signed: March 4, 2015

David C. Keesler
United States Magistrate Judge