**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-007-RLV-DCK**

| | |
|---|---|
| JAMIE BYRD and JUSTIN BYRD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TOOLING ACQUISITION CO. AND NAP ) | |
| TOOLS, LLC d/b/a NAP GLADU, ) | |
| ) | |
| And ) | |
| ) | |
| DEARBORN NATIONAL LIFE INSURANCE ) | |
| COMPANY, (formerly known as Fort ) | |
| Dearborn Life Insurance Company), ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Christopher B. Major, concerning Michael H. McColl on March 9, 2015. Mr. Michael H. McColl seeks to appear as counsel *pro hac vice* for Defendant Dearborn National Life Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Mr. Michael H. McColl is hereby admitted *pro hac vice* to represent Defendant Dearborn National Life Insurance Company.

**SO ORDERED**.

Signed: March 9, 2015

David C. Keesler
United States Magistrate Judge